IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

GOVERT VANVLOTEN                                                                                    PLAINTIFF

V.                                                                              Civil Action No.: 1:06cv379-LTS-RHW

NATIONWIDE MUTUAL FIRE INSURANCE                                                  DEFENDANTS
COMPANY, JOHN FRENCH, and CROWLEY
LINER SERVICES, INC.

### AGREED-ORDER PERMITTING
### REMAND-RELATED DISCOVERY

Pursuant to the Court's July 31, 2006, Order Granting Motion For Leave To File Sur-Reply and Granting Remand Related Discovery, the Parties have conferred and agreed upon the procedures that will govern remand-related discovery in this case.

<u>Written Discovery</u>.  Each Party shall be permitted to issue no more than ten requests for production and no more than ten interrogatories that relate directly to the factual disputes identified in the Court's July 31, 2006, Order Granting Motion for Leave to File Sur-Reply and Granting Remand Related Discovery.  All such requests for production and interrogatories shall be served within 10 days of the date of this Order.  Each Party shall serve its responses and objections (if any) to the interrogatories and requests for production within 20 days of the date of receipt of said discovery request.  Within 5 days of receipt of discovery responses, counsel for both parties shall meet and confer regarding any potential disputes regarding the scope of discovery and/or the discovery responses.  If any dispute cannot be resolved by counsel, the party seeking discovery shall present the dispute(s) to the Court within 7 days of the filing of the discovery responses in dispute.

<u>Deposition Discovery</u>.  Plaintiff shall be permitted to take the deposition of Defendant John French regarding the issues identified in the Court's July 31, 2006, Order Granting Motion

For Leave To File Sur-Reply and Granting Remand Related Discovery.  Defendant Nationwide shall be permitted to take the deposition of Plaintiff Govert Vanvloten regarding the issues identified in the Court's July 31, 2006, Order Granting Motion For Leave To File Sur-Reply and Granting Remand Related Discovery.  Both depositions shall be completed within a period of 45 days from the date of this Order.

**SO ORDERED** this 18th  day of August, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.

Senior Judge

AGREED TO AND APPROVED BY:

/s/ Timothy J. Matusheski_____

GEORGE W. HEALY (MB No. 2154)

TIMOTHY J. MATUSHESKI (MB No. 100998)

Attorneys for Plaintiff

/s/ F. Hall Bailey_____

F. HALL BAILEY (MB No.1688)

One of the Attorneys for Defendant Nationwide

Mutual Fire Insurance Company