UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GOVERT VANVLOTEN**                                                                                          **PLAINTIFF**

**V.**                                                          **CIVIL ACTION NO.1:06CV379 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY
and JOHN FRENCH and CROWLEY LINER SERVICES, INC.**          **DEFENDANTS**

## ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiff's motion [4] to remand is **GRANTED**;

That this action is **REMANDED** to the Circuit Court of Harrison County, Mississippi; and

That the Clerk of Court shall take the steps necessary to return this action to the court from which it was removed.

**SO ORDERED** this 7th day of December, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge